**WHATLEY KALLAS, LLP**
Alan M. Mansfield, SBN: 125998
amansfield@whatleykallas.com
1 Sansome Street, 35th Floor PMB #131
San Francisco, CA  94104
Tel: (619) 308-5034
Fax: (888) 341-5048

Henry C. Quillen (admitted *pro hac vice*)
hquillen@whatleykallas.com
159 Middle Street, Suite 2C
Portsmouth, NH  03801
Tel: (603) 294-1591
Fax: (800) 922-4851

**Attorneys for Plaintiff**

**[Additional Counsel on Signature Page]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JACKSONVILLE POLICE OFFICERS AND FIRE FIGHTERS HEALTH INSURANCE TRUST and JOHN DOE, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>     v.<br><br>GILEAD SCIENCES, INC., CIPLA LTD., CIPLA USA INC., and DOES 1-10, inclusive,<br><br>            Defendants. | CASE NO. 4:20-cv-06522-JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Ctrm:  5 – 2nd Floor<br>Judge: Honorable Jeffrey S. White |

1  IT IS HEREBY STIPULATED AND AGREED by and between plaintiffs Jacksonville Police Officers and Fire Fighters Health Insurance Trust and John Doe, and defendants Gilead Sciences, Inc., Cipla Ltd., Cipla USA Inc., and Does 1-10 (collectively, the "Parties"), through their undersigned counsel, this action is dismissed with prejudice as to the named Plaintiffs, and without prejudice as to any putative members of the Class as defined in the operative Complaint, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  All Parties agree to bear their own fees and costs, including attorneys' fees, and waive any right to seek fees and costs from other Parties.  The Court shall retain jurisdiction over the Parties and this action to the extent necessary to enforce the terms of the Parties' settlement agreement.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: March 1, 2024

*/s/ Henry C. Quillen*
Henry C. Quillen
(Admitted *Pro Hac Vice*)
hquillen@whatleykallas.com
WHATLEY KALLAS LLP
159 Middle Street, Suite 2C
Portsmouth, NH 03801
Tel: (603) 294-1591
Fax: (800) 922-4851

Alan M. Mansfield (SBN 125998)
WHATLEY KALLAS LLP
amansfield@whatleykallas.com
1 Sansome Street, 35th Floor PMB #131
San Francisco, CA  94104
Tel: (619) 308-5034
Fax: (888) 341-5048

Joe R. Whatley, Jr.
(Admitted *Pro Hac Vice*)
jwhatley@whatleykallas.com
Edith M. Kallas
(Admitted *Pro Hac Vice*)
ekallas@whatleykallas.com
WHATLEY KALLAS, LLP
152 W. 57th Street, 41st Floor
New York, NY 10019
Tel: (212) 447-7060
Fax: (800) 922-4851

Jerry Flanagan (SBN: 271272)
jerry@consumerwatchdog.org
Benjamin Powell (SBN: 311624)
ben@consumerwatchdog.org
Daniel L. Sternberg (SBN: 329799)
danny@consumerwatchdog.org

|   |   |   |
|---|---|---|
| 1 |  | CONSUMER WATCHDOG |
| 2 |  | 6330 San Vicente Blvd., Suite 250 |
|   |  | Los Angeles, CA 90048 |
| 3 |  | Tel: (310) 392-0522 |
|   |  | Fax: (310) 392-8874 |
| 4 |  | *Attorneys for Plaintiffs* |

Dated: March 1, 2024

*/s/ Michael F. LeFevour*
Michael F. LeFevour (pro hac vice)
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-3728
michael.lefevour@kirkland.com

Jay P. Lefkowitz, P.C. (pro hac vice)
Devora W. Allon, P.C. (pro hac vice)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Tel: (212) 446-4800
lefkowitz@kirkland.com
devora.allon@kirkland.com

Michael J. Shipley
KIRKLAND & ELLIS LLP
555 South Flower Street Suite 3700
Los Angeles, California 90071
Tel: (213) 680-8400
michael.shipley@kirkland.com

*Attorneys for Defendant Gilead Sciences, Inc.*

Dated: March 1, 2024

*/s/ Jason N. Haycock*
Jason N. Haycock (SBN 278983)
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: 415-882-8200
Facsimile: 415-882-8220
Jason.Haycock@klgates.com

Peter Giunta (pro hac vice)
K&L GATES LLP
599 Lexington Avenue
New York, NY 10022
Telephone: 212-536-3900
Facsimile: 212-536-3901
Peter.Giunta@klgates.com

Philip Van Der Weele (pro hac vice)
Elizabeth White (SBN 291439)
K&L GATES LLP

One SW Columbia St., Suite 1900
Portland, OR 97204
Telephone: 503-228-3200
Facsimile: 503-248-9085
Phil.Vanderweele@klgates.com
Elizabeth.White@klgates.com

***Attorneys for Defendants Cipla Ltd. and Cipla USA Inc.***

## ECF ATTESTATION

Pursuant to L.R. 5-1(i)(3), Henry C. Quillen hereby attests that concurrence in the filing of this document has been obtained from all signatories.

March 1, 2024               */s/ Henry C. Quillen*
                            Henry C. Quillen

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. This matter is voluntarily dismissed with prejudice as to the named Plaintiffs, and without prejudice as to any putative members of the Class as defined in the operative Complaint. The Court shall retain jurisdiction over the Parties and this action to the extent necessary to enforce the terms of the Parties' settlement agreement.

Dated: March 1, 2024

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE